IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHERRY LYNN KING,

                Plaintiff,                              ORDER

    v.                                                    10-cv-838-wmc

SOCIAL SECURITY ADMINISTRATION,

                Defendant.

---

      Sherry Lynn King has filed a civil complaint against the Social Security Administration. She has requested leave to proceed under the *in forma pauperis* statute, 28 U.S.C. §1915. On January 3, 2011, I stayed her application for permission to proceed *in forma pauperis* until she submitted information identifying the final decision that she is challenging. Plaintiff has now submitted the requested information and her application to proceed *in forma pauperis* will be granted.

      Accordingly, plaintiff's January 6, 2011 submissions shall be deemed to be an amendment to the complaint. The clerk of court shall issue summons forms and mail them to plaintiff so that she may serve defendant.

      Plaintiff is challenging an order of an officer of the United States. Therefore, under Fed. R. Civ. P. 4(i)(2)(A), plaintiff must do all three of the following:

      1. Serve the United States in the manner prescribed by Rule 4(i)(1). To do that, he must deliver a copy of the summons and complaint to John W. Vaudreuil, the United States Attorney for the Western District of Wisconsin. Alternatively, she can send a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk of the office of the United States Attorney, P.O. Box 1585, Madison, WI 53701-1585.

      2. Send a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at the Department of Justice in Washington, District of Columbia, 20530; AND

3. Send of a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, Michael J. Astrue, 6401 Security Blvd., Baltimore, MD, 21235.

Entered this 12th day of January, 2011.

                                   BY THE COURT:

                                   /s/

                                   STEPHEN L. CROCKER
                                   Magistrate Judge