IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHERRY LYNN KING,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-838-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing plaintiff Sherry Lynn King's petition for review for plaintiff's failure to prosecute.

_____     6/1/11
Peter Oppeneer, Clerk of Court          Date